No. 91–1049. RUCKER ET AL. *v.* HARFORD COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1053. SPROULL *v.* UNION TEXAS PRODUCTS CORP., DBA UNION TEXAS PETROLEUM. C. A. 10th Cir. Certiorari denied.

No. 91–1055. RWM ENTERPRISES, INC., ET AL. *v.* ES DEVELOPMENT, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1056. NEILSON *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Kern. Certiorari denied.

No. 91–1057. FOXWORTH *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–1060. DARLING, DBA DARLING ENTERPRISES *v.* STANDARD ALASKA PRODUCTION CO. ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 91–1061. CURTIS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 91–1063. KNUBBE ET AL. *v.* N. S. ASSOCIATES, DBA NORTH SHORE APARTMENTS CO. Ct. App. Mich. Certiorari denied.

No. 91–1064. LOZIER ET AL. *v.* SCOTT. C. A. 5th Cir. Certiorari denied.

No. 91–1065. THOMPSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–1066. YAMAHA CORPORATION OF AMERICA ET AL. *v.* ABC INTERNATIONAL TRADERS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1067. SHROY, DEPUTY SHERIFF, ET AL. *v.* SHOOP. C. A. 3d Cir. Certiorari denied.

No. 91–1069. J. G. BOSWELL CO. *v.* WEGIS ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 91–1070. MESSA *v.* FRANKFORD QUAKER GROCERY ET AL. Super. Ct. Pa. Certiorari denied.